United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 2 2 2002

Michael N. Milby
Clerk of Court

ROEL S. FLORES                    *
                                  *
VS.                               *        CIVIL ACTION NO. B-02-203
                                  *
SOUTHERN UNION GAS CO., INC.      *

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW SOUTHERN UNION GAS COMPANY, INC., Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the 103rd Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1.      This cause was commenced in the 103rd Judicial District Court, Cameron County, Texas, on September 23, 2002, when Plaintiff's Original Petition was filed in Cause Number 2002-09-3768-D.   A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2.      Defendant was served with a copy of the Plaintiffs' Original Petition through its registered agent, CT Corporation System, on September 30, 2002. A copy of the Citation served on Defendant indicating date of service is attached hereto and incorporated herein for all purposes.

3.      This is a civil action for injuries and damages allegedly incurred by Plaintiff as a result of his termination of employment.   Plaintiff alleges unlawful discriminatory practices against Defendant.

4.      Plaintiff alleges in Plaintiff's Original Petition that he is a resident of Hidalgo County, Texas.   Plaintiff is therefore a citizen of Texas.

5.    Defendant is a foreign corporation, incorporated in the State of Delaware, with its principal place of business in Pennsylvania.

6.    For the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

7.    Defendant would further show the Court that Plaintiff's Original Petition seeks unspecified damages; however, based on the allegations and damages alleged in Plaintiff's pleadings, Plaintiff is seeking to recover from Defendant damages in excess of $75,000.00.

8.    Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioner to Plaintiff and his counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

9.    This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

10.    Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the 103rd Judicial District Court of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
      Eduardo Roberto Rodriguez
Attorney-in-Charge
State Bar No. 17144000
Federal Admissions No. 1944
      Teri L. Danish
State Bar No. 05375320
Federal Admissions No. 12862
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
SOUTHERN UNION GAS COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

> Mark E. Sossi
> Law Office of Mark E. Sossi
> 3700 North 10th Street, Suite 100
> McAllen, Texas 78501
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 22nd day of October, 2002.

_____
      Teri L. Danish

RUN DATE 10/22/02
RUN TIME 10:52 AM

PAGE: 01

2002-09-003768-D

ROEL S FLORES

VS

SOUTHERN UNION GAS CO. INC.

*   *   *   *   C L E R K ' S   E N T R I E S   *   *   *   *

00600001
MARK E. SOSSI                                                            (10)                 09        23        02
3700 N 10TH ST STE 100
MCALLEN TEXAS                              78501 0000

                                          EXEMPLARY DAMAGES                                        30.00

00001402                                                                              LAW OFFICE OF
EDUARDO ROBERTO RODRIGUEZ                                                            MARK E SOSSI P C
P.O. BOX 2155
BROWNSVILLE TX.                          78520 0000

                                          09/23/02 ORIGINAL PETITION FILED
                                          09/23/02 JURY FEE: Pd. by MARK E. SOSSI
                                          09/25/02 CITATION (CM): SOUTHERN UNION GAS CO.
                                                   INC.
                                          09/25/02                      FILED: 10/04/02
                                              SERVED: 09/30/02
                                          10/18/02 ORIGINAL ANSWER: SOUTHERN UNION GAS
                                                   CO. INC.

CAUSE NO. _~~2002 09-3768-D~~

SEP 23 2002

| | | |
|---|---|---|
| ROEL S. FLORES | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | /03 _RD_ JUDICIAL DISTRICT |
| | § | |
| SOUTHERN UNION GAS CO, INC. | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF ROEL S. FLORES' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT;

   COMES NOW, ROEL S. FLORES, Plaintiff and files this, his Original Petition complaining of Southern Union Gas Co., Inc., and in support thereof would show as follows;

### DISCOVERY

Discovery is to be conducted under level 2, TRCP 190.3.

### PARTIES

   1). Plaintiff is a resident of Hidalgo County, Texas

   2). Southern Union Gas is a Texas Corporation which can be served through service of citation on its registered agent; CT Corporation Systems, 350 N. St. Paul St., Dallas, Texas 75201. Defendant Southern Union Gas Co. Inc., may be served through certified mail for which service is requested.

### VENUE

   4) Venue is proper in Cameron County, Texas because all or a substantial portion of Plaintiff's claim occurred in Cameron County, Texas.

## JURISDICTION

5). The plaintiff's claims are within the jurisdictional limits of this court.

## FACTS

6). Roel S. Flores, a man over 60 years of age, was an employee of the Defendant in Cameron County, Texas from 1971 until 2001. During that time he preformed his job in a satisfactory manner. Roel S. Flores was discriminated against in the term and conditions of his employment because of his age. Defendant was treated differently than other employees who were younger because of his age. Mr. Flores was given different pay and provided a different job classification than other younger workers who performed the same or substantially similar job. As a direct and proximate result of defendants actions, Mr. Flores suffered severe stress, a heart attack and eventually lost his job with the company.

## CAUSES OF ACTION

7). The Plaintiff, Roel S. Flores would show that the injuries and damages for which he sues were proximately caused by the unlawful discriminatory practices of Defendant Southern Union Gas Co. Plaintiff brings suit under the Texas Commission on Human Rights Act (TCHRA) Tx. Labor Code § 21.001 et. seq., for all damages he is lawfully entitled to under that act as a result of Defendant's action.

8) Plaintiff's action is timely filed and has received notice of his right to sue, a copy of which is attached to this petition as Exhibit A. Plaintiff's suit is timely and is filed within sixty (60) days of his notice of right to sue.

## DAMAGES

9) As a direct and proximate result of Defendants conduct as set forth in the preceding paragraph, Plaintiff would show that he has suffered mental anguish in the past and will reasonably suffer such in the future. Plaintiff would also show that he has suffered economic losses in the past and in the future, including but not limited to lost wages, lost earnings, and loss of benefits. As a result of Defendant's actions, Plaintiff has also incurred and will in the future incur reasonable and necessary attorney fees in bringing this suit under the Act. All Plaintiff's damages are within the jurisdictional limits of this Honorable Court.

## EXEMPLARY DAMAGES

10) Plaintiff would show that Defendants' conduct has been intentional, willful or in the alternative grossly negligent and that exemplary damages are recoverable to Tx. Civ. Prac. & Rem. Code § 41.003.

## PRAYER

WHEREFORE, Defendant respectfully prays that the Honorable Court render judgment against Defendant and in favor of Plaintiff and award;

(A)     Economic loses;

(B)     Lost wages past and future;

(C)     Mental anguish past and future;

(D)     Exemplary damages to punish Defendant and deter him from such future acts; and

(E)     Reasonable and necessary attorney fees.

Signed on the 23 day of Sept , 2002.

Respectfully submitted,

LAW OFFICE OF MARK E. SOSSI
3700 N. 10th Street, Ste. 100
McAllen, Texas 78501
Telephone: (956) 630-6110
Facsimile: (956) 630-5773

By: _____
     MARK E. SOSSI
     State Bar No. 18855680
     USDC No. 10231

CAUSE NO. _2002-09-3768-D_

| | | |
|---|---|---|
| ROEL S. FLORES | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | _103RD_ JUDICIAL DISTRICT |
| | § | |
| | § | |
| SOUTHERN UNION GAS CO, INC. | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS' REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **ROEL S. FLORES**, Plaintiff in the above styled and numbered cause and pursuant to the Texas Rules of Civil Procedure, Plaintiff herein has deposited with the District Clerk of Cameron County, Texas, a jury fee of THIRTY and NO/100th DOLLARS ($30.00) and hereby make this their Jury Demand in the above styled and numbered cause.

Signed on the _23_ day of _Sept_____, 2002.

Respectfully submitted,

LAW OFFICE OF MARK E. SOSSI
3700 N. 10th Street, Ste. 100
McAllen, Texas 78501
Telephone: (956) 630-6110
Facsimile: (956) 630-5773

By: _____
MARK E. SOSSI
State Bar No. 18855680
USDC No. 10231

## COPY

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

### No. 2002-09-003768-D

# T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.


TO: SOUTHERN UNION GAS CO. INC.
    BY SERVING ITS REGISTERED
    AGENT CT CORPORATION SYSTEMS
    350 N. ST. PAUL ST.
    DALLAS, TEXAS 75201

the _____DEFENDANT_____, GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF ROEL S. FLORES' ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on SEPTEMBER 23, 2002.  A copy of same accompanies this citation.

The file number of said suit being No. 2002-09-003768-D.

The style of the case is:

             ROEL S FLORES
                  VS.
         SOUTHERN UNION GAS CO. INC.

Said petition was filed in said court by _____MARK E. SOSSI_____
(Attorney for _____PLAINTIFF_____), whose address is
3700 N 10TH ST STE 100 MCALLEN TEXAS  78501

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 25th day of SEPTEMBER, A.D. 2002.



CAUSE NO. 2002-09-3768-D

| ROEL S. FLORES | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| SOUTHERN UNION GAS CO., INC. | * | 103rd JUDICIAL DISTRICT |

FILED 2:50 O'CLOCK P M
AURORA DE LA GARZA DIST. CLERK

OCT 1 8 2002

DISTRICT COURT OF CAM CO

## DEFENDANT SOUTHERN UNION GAS COMPANY, INC.'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW SOUTHERN UNION GAS COMPANY, INC., Defendant in the above entitled and numbered cause, and files this its Original Answer and Jury Demand in response to Plaintiff's Original Petition, and in support thereof, would show the Court as follows:

### I.

### GENERAL DENIAL

Defendant Southern Union Gas Company, Inc. herein avails itself of the opportunity provided by Rule 92 of the Texas Rules of Civil Procedure to file a general denial herein; and in compliance with said Rule, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's currently pending Petition, and states that these are matters that should be proven by Plaintiffs as required by law; and Defendant would require strict proof thereof.

### II.

### AFFIRMATIVE DEFENSES

2.01   For further answer, if such be necessary, and pleading in the alternative, Defendant, continuing to deny any and all liability, nonetheless affirmatively pleads that Defendant is entitled to an offset for all amounts received by Plaintiff as unemployment compensation.

2.02   For further answer, if such be necessary, and pleading in the alternative, Defendant, continuing to deny any and all liability, nonetheless affirmatively pleads that

Plaintiff's employment was terminated by operation of a facially-neutral policy, for which Defendant cannot be liable.

2.03   For further answer, if such be necessary, and pleading in the alternative, Defendant, continuing to deny any and all liability, nonetheless affirmatively pleads that the harm, if any, allegedly suffered by Plaintiff was proximately caused and caused in fact by Plaintiff.

2.04   For further answer, if such be necessary, and pleading in the alternative, Defendant, continuing to deny any and all liability, nonetheless affirmatively pleads that the actions, if any, complained of by Plaintiff were privileged.

2.05   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

2.06   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's claims are barred because Plaintiff failed to exhaust his administrative remedies as required by law.

2.07   For further answer, if such be necessary, and pleading in the alternative, Defendant, continuing to deny any and all liability, nonetheless affirmatively alleges that Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate the effect of his alleged injuries and damages as required by law.

2.08   For further answer, if such be necessary, and pleading in the alternative, Defendant further specifically denies that it is liable for prejudgment interest in this cause of action as pled by Plaintiff.

2.09   For further answer, if such be necessary, and pleading in the alternative, Defendant further specifically pleads the limitation of recovery of exemplary damages as set forth in Section 41.008, et seq. of the Texas Civil Practice & Remedies Code.

2.10   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively denies that it is liable for exemplary damages and pleads

affirmatively the provisions of Chapter 41, of the Texas Civil Practices & Remedies Code, including the provisions on applicability, standards for recovery, preclusions, prejudgment interest, and limitations on amount.

2.11   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively states that an award of punitive damages in this case would violate the procedural due process guaranteed by the Constitution of the United States. Texas Law, and the instructions given to the jury, are vague and standardless as to whether and how much to punish a defendant, and are likely to produce arbitrary and capricious results. Therefore, any award of punitive damages should be disallowed, or declared null and void.

2.12   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff is not entitled to exemplary or punitive damages as alleged, for the reason that exemplary damages are unconstitutional and violative of the provisions of the United States Constitution and the Texas Constitution, including but not limited to the following provisions:

(a)   Proscription on excessive fines. U. S. Constitution Amendment 8; Texas Constitution Article I, Section 13.

(b)   Requirements of Due Process. U. S. Constitution Amendments 5 and 14; Texas Constitution Article I, Sections 13 and 19.

(c)   Requirement of Equal Protection Under the Law. U. S. Constitution Amendments 5 and 14; Texas Constitution Article I, Sections 3 and 3a.

(d)   Proscription on Ex Post Facto and Retroactive Law. U. S. Constitution Article I, Section 10; Texas Constitution Article I, Section 16.

(e)   Such punitive damages are penal in nature. Under Texas law, they are not tied to any fair, just, and reasonable relation to actual damages. Consequently, exemplary damages violate the contract clause of the U. S. Constitution, U. S. Constitution Article I, Section 10.

III.

JURY DEMAND

Defendant hereby requests a trial by jury and tenders the jury fee herewith.

WHEREFORE, Defendant Southern Union Gas Company, Inc. prays that upon final trial and hearing hereof, it have judgment in accordance with the law and facts as found by this Honorable Court and Jury, and for such other and further relief, legal or equitable, general or special, to which it may show itself justly entitled to receive.

                              Respectfully submitted,

                              RODRIGUEZ, COLVIN & CHANEY, L.L.P.

                              By: _____
                                   Eduardo Roberto Rodriguez
                              State Bar No. 17144000
                                   Teri L. Danish
                              State Bar No. 05375320
                              1201 East Van Buren
                              Post Office Box 2155
                              Brownsville, Texas 78522
                              (956) 542-7441
                              Fax (956) 541-2170

                              ATTORNEYS FOR DEFENDANT,
                              SOUTHERN UNION GAS COMPANY, INC.


                         CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of Defendant Southern Union Gas Company, Inc.'s Original Answer and Jury Demand was served upon all counsel of record, to-wit:

                  Mark E. Sossi
                  Law Office of Mark E. Sossi
                  3700 North 10th Street, Suite 100
                  McAllen, Texas 78501
                  Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 18th day of October, 2002.

                              _____
                                   Teri L. Danish

## CAUSE NO. 2002-09-3768-D

| | | |
|---|---|---|
| ROEL S. FLORES | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| SOUTHERN UNION GAS CO., INC. | * | 103rd JUDICIAL DISTRICT |

### NOTICE TO THE DISTRICT CLERK OF FILING
### OF NOTICE OF REMOVAL

TO:    HONORABLE AURORA DE LA GARZA
Cameron County District Clerk
Cameron County Courthouse
974 East Harrison
Brownsville, Texas 78520

You will please take notice that Defendant Southern Union Gas Company, Inc. has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: Roel S. Flores v. Southern Union Gas Co., Inc., originally filed in the 103rd Judicial District Court of Cameron County, Texas, Cause Number 2002-09-3768-D, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 103rd Judicial District Court to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendant, through their attorney, on this the 22nd day of October, 2002.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Eduardo Roberto Rodriguez
Attorney-in-Charge
State Bar No. 17144000
Federal Admissions No. 1944

Teri L. Danish
State Bar No. 05375320
Federal Admissions No. 12862
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
SOUTHERN UNION GAS COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to District Clerk of Filing of

Notice of Removal was served upon all counsel of record, to-wit:

Mark E. Sossi
Law Office of Mark E. Sossi
3700 North 10th Street, Suite 100
McAllen, Texas 78501
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission

pursuant to the Federal Rules of Civil Procedure, on this the 22nd day of October, 2002.

Teri L. Danish

United States District Court
Southern District of Texas
FILED

OCT 2 2 2002

i.. ..nael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROEL S. FLORES                    *
                                  *
VS.                               *        CIVIL ACTION NO. B-02-203
                                  *
SOUTHERN UNION GAS CO., INC.      *

## NOTICE TO THE PLAINTIFFS OF FILING
## OF NOTICE OF REMOVAL

TO:    ROEL S. FLORES, and his attorney:
       Mark E. Sossi
       Law Office of Mark E. Sossi
       3700 North 10th Street, Suite 100
       McAllen, Texas 78501

       PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby

notified that on the 22nd day of October, 2002, in the above styled and numbered cause

(being Cause Number 2002-09-3768-D in the 103rd Judicial District Court of Cameron

County, Texas), SOUTHERN UNION GAS COMPANY, INC. filed its Notice of Removal

in the United States District Court for the Southern District of Texas, Brownsville

Division. Copies of such Notice and other papers so filed are attached hereto.

                              Respectfully submitted,

                              RODRIGUEZ, COLVIN & CHANEY, L.L.P.

                              By: _____
                                    Eduardo Roberto Rodriguez
                              Attorney-in-Charge
                              State Bar No. 17144000
                              Federal Admissions No. 1944
                                    Teri L. Danish
                              State Bar No. 05375320
                              Federal Admissions No. 12862
                              1201 East Van Buren
                              Post Office Box 2155
                              Brownsville, Texas 78522
                              (956) 542-7441
                              Fax (956) 541-2170
                              ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROEL S. FLORES | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-203 |
| | * | |
| SOUTHERN UNION GAS CO., INC. | * | |

## INDEX OF ATTORNEYS

1.    MARK E. SOSSI
      State Bar No. 18855680
      Federal Admissions No. 10231
      Law Office of Mark E. Sossi
      3700 North 10th Street, Suite 100
      McAllen, Texas 78501
      (956) 630-6110
      Fax (956) 630-5773
      Attorneys for Plaintiff Roel S. Flores

2.    EDUARDO ROBERTO RODRIGUEZ
      State Bar No. 17144000
      Federal Admissions No. 1944
      TERI L. DANISH
      State Bar No. 05375320
      Federal Admissions No. 12862
      Rodriguez, Colvin & Chaney, L.L.P.
      Post Office Box 2155
      Brownsville, Texas 78522
      (956) 542-7441
      Fax (956) 541-2170
      Attorneys for Defendant Southern Union Gas Company, Inc.

United States District Court
Southern District of Texas
FILED

OCT 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROEL S. FLORES                          *
                                        *
VS.                                     *        CIVIL ACTION NO. B-02-203
                                        *
SOUTHERN UNION GAS CO., INC.            *

## INDEX OF DOCUMENTS FILED

1.   Civil Cover Sheet

2.   Notice of Removal with following attachments:

     a.   State Court's Docket Sheet
     b.   Plaintiff's Original Petition
     c.   Citation served on Southern Union Gas Company, Inc.
     d.   Defendant Southern Union Gas Company, Inc.'s Original Answer and Jury
          Demand

3.   Notice to Plaintiff of Filing of Notice of Removal

4.   Notice to District Clerk of Filing of Notice of Removal

5.   Index of Attorneys

6.   Index of Documents Filed

7.   Order for Conference and Disclosure of Interested Parties