IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROEL FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-02-203 |
| v. | § | |
| | § | |
| SOUTHERN UNION GAS CO, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on March 13, 2003, the Court **ORDERED** the parties to submit a Joint Discovery/Case Management plan by 4:00 p.m., Friday, March 14, 2003. The parties are required under Chamber Rule 7A(1) to submit this plan 14 days prior to the Initial Pre-Trial Conference.

DONE at Brownsville, Texas, this 13th day of March, 2003.

_____
Hilda G. Tagle
United States District Judge

1