United States District Court
Southern District of Texas
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROEL S. FLORES | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-203 |
| | * | |
| SOUTHERN UNION GAS CO., INC. | * | |

**DEFENDANT'S PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURES**

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify who attended for each party.

    Defendant's Proposed Joint Discovery/Case Management Plan was faxed to Plaintiff's attorney on March 14, 2003 with no reply.

    **For the Defendant:**   Teri L. Danish
    RODRIGUEZ, COLVIN & CHANEY, L.L.P.
    1201 East Van Buren
    Brownsville, Texas 78520
    Telephone: (956) 542-7441

    **For the Plaintiff:**   Mark E. Sossi
    Law Office of Mark E. Sossi
    3700 North 10th Street, Suite 100
    McAllen, Texas 78501
    Telephone: (956) 630-6110

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

    None.

3.  Specify the allegation of federal jurisdiction.

    Diversity.

4. Name the parties who disagree and the reasons.

   Not applicable.

5. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

   None.

6. List anticipated interventions.

   None.

7. Describe class-action issues.

   None.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangement that have been made to complete the disclosures.

   The parties have not made their initial disclosures, because they are currently in the process of attempting to resolve this case. In the event this case is not resolved within the next 30 days, the parties agree to make their initial disclosures by April 30, 2003.

9. Describe the proposed agreed discovery plan, including:
   A. Responses to all the matters raised in Rule 26(f).

      The parties fully discussed all matters raised in Rule 26(f).

   B. When and to whom the plaintiff anticipates it may send interrogatories.

   C. When and to whom the defendant anticipates it may send interrogatories.

      Defendant anticipates that it will send interrogatories by May 15, 2003.

   D. Of whom and by when the plaintiff anticipates taking oral depositions.

      E.      Of whom and by when the defendant anticipates taking oral depositions.

              Defendant anticipates taking the deposition of plaintiff and any experts plaintiff designates.

      F.      When the plaintiff (or the party with the burden of proof of an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

              Defendant will be able to designate responsive experts and provide reports 30 days after plaintiff designation of experts, if any.

      G.      List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

      H.      List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

              Defendant anticipates taking the deposition of any experts designated by plaintiff.

10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

       Not applicable.

11.    Specify the discovery beyond initial disclosures that has been undertaken to date.

       None.

12.    State the date the planned discovery can reasonably be completed.

       October 31, 2003.

13.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

       The parties are currently engaged in settlement negotiations, and believe that this matter can be resolved.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    Each counsel has spoken with their respective clients, and each other, to attempt to resolve this case.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

    If informal efforts are not successful in resolving this case, defendant believes that mediation maybe a suitable alternative.

16. **Magistrate judges may now hear jury and non-jury trials. Indicated the parties' joint position on a trial setting before a magistrate judge.**

    Defendant consents to trial before a magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

    Yes.

18. **Specify the number of hours it will take to present the evidence in this case.**

    24 hours.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    None.

20. **List other motions pending.**

    None.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

    None.

DEFENDANT'S PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURES    Page 4

22.  List the names, bar numbers, addresses and telephone numbers of all counsel.

_____                              Date: _____
Mark E. Sossi
State Bar No.18855680
Federal Admissions No. 10231
Law Office of Mark E. Sossi
3700 North 10th Street, Suite 100
McAllen, Texas 78501
(956) 630-6110
Fax (956) 630-5773
**For the Plaintiff**

*(signature)*                                               Date: 3/14/03
Teri L. Danish
State Bar No. 05375320
Federal Admissions No. 12862
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Admissions No. 1944
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**For the Defendant**