# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 03 — 17 — 03 |
| TIME | ___ a.m.  /  ___ a.m. <br> 1:40 p.m.  /  1:45 p.m. |
| CIVIL ACTION | B — 02 — 203 |
| STYLE | ROEL S. FLORES <br> *versus* <br> SOUTHERN UNION GAS COMPANY, INC. |



United States District Court
Southern District of Texas
FILED
MAR 17 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):   Mark Sossi

Attorney(s) for Defendant(s)   Margory Batsell (appearing for Teri Danish)

---

Comments:

    Defendants have an offer of settlement before the Plaintiffs and are waiting to see what happens. The Court stated that if by April 1, 2003, we have not heard anything regarding settlement, the case will be referred to the Magistrate Judge because the parties have signed a 636 waiver.