```
================================================================
```
UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
```
================================================================
```

Roel S. Flores

                         \*  C.A. NO. B-02-203

VS

Southern Union Gas Co., Inc

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Jan L Danot w/ permission Mary/ Ritsell Mark P. Mark E Sossi | Southern Union Gas Co. R. Flores | 3/17/03 3/17/03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

4/2/03
Date

Hilda Tagle
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**