IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROEL S. FLORES | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-203 |
| | * | |
| SOUTHERN UNION GAS CO., INC. | * | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ROEL S. FLORES and Defendant SOUTHERN UNION GAS CO., INC., jointly move to dismiss any and all claims asserted by plaintiff, or that could have been asserted by plaintiff, against SOUTHERN UNION GAS CO., INC., with prejudice, pursuant to the settlement reached by the parties.

Respectfully submitted,

LAW OFFICE OF MARK E. SOSSI

By: _____
Mark E. Sossi
State Bar No. 18855680
Federal I.D. No. 10231
Three North Park Plaza
Brownsville, Texas 78521
(956) 554-7877
Fax (956) 554-7879

ATTORNEY FOR PLAINTIFF,
ROEL S. FLORES

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Eduardo Roberto Rodriguez
Attorney-in-Charge
State Bar No. 17144000
Federal I.D. No. 1944

Teri L. Danish
State Bar No. 05375320
Federal I.D. No. 12862
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
SOUTHERN UNION GAS COMPANY, INC.

### CERTIFICATE OF SERVICE

I, Teri L. Danish, hereby certify that a true and correct copy of the foregoing document has been hand delivered to all counsel of record:

Mark E. Sossi                     *Via Fax: (956) 554-7879*
Law Office of Mark E. Sossi
Three North Park Plaza
Brownsville, Texas 78521

on January 13, 2004.

_____
Teri L. Danish